**D. L. KINLAW and IDA KINLAW, his wife, v. SAMUEL D. WALLACE**

11 So. (2nd) 178          June Term, 1942
December 22, 1942          Division A
Rehearing Denied January 13, 1942

*Fred Paradise,* for appellants.
*Blackwell & Walker,* for appellee.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the Circuit Court be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.

**D. W. BURKE v. RAYMOND GRAHAM, MARTHA GRAHAM, FRANK COLLINS, et al.**

11 So. (2nd) 177          June Term, 1942
December 22, 1942          Division A

*F. G. Janes, Jr.,* and *Latimer C. Farr,* for appellants.
*Wilbur W. Whitehurst,* for appellees.

138

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.

**DeWITT SINCLAIR, as Sheriff of Polk County, Florida, v. EARL BENTON.**

10 So. (2nd) 917                                    June Term, 1942
December 22, 1942                                    En Banc

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin,* Assistant Attorney General, *L. Grady Burton,* State Attorney, for appellant.

*J. C. Rogers,* for appellee.

BUFORD, J.:

Appeal is by the state bringing for review order of the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, discharging petitioner in habeas corpus proceeding.